# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George M. Marovich | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2276 | **DATE** | 7/15/2008 |
| **CASE TITLE** | Juan Hooper vs. South Chicago Motors, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff's oral motion to dismiss is granted. This case is dismissed without prejudice.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CW |
|---|---|---|